AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Lynn Olsen; Carr Farms, LLC,

              Plaintiffs,

                                     JUDGMENT IN A CIVIL CASE

                v.

USA, through the Federal Crop Insurance Corp., Reinsurer of American Growers Insurance Co.,
                                     CASE NUMBER: CV-06-5020-FVS

              Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT THE ARBITRATION AWARD OF OCTOBER 17, 2005, IN THE AMOUNT OF TWO MILLION, NINE HUNDRED SIXTY-NINE THOUSAND, THREE HUNDRED AND FORTY-ONE DOLLARS ($2,969,341.00) THAT MR. ZEIMANTZ AWARDED TO CARR, AMERICAN ARBITRATION ASSOCIATION, 75 430 Y 00351 04 DEAR, IS VACATED.

IT IS ORDERED AND ADJUDGED THAT THE ARBITRATION AWARD OF SEPTEMBER 15, 2005, IN THE AMMOUNT OF FOUR HUNDRED SEVENTY-SEVEN THOUSAND, ONE HUNDRED AND FOURTEEN DOLLARS ($477,114.00) FOR THE 2001 CROP YEAR, AND TWO MILLION SIX HUNDRED EIGHT THOUSAND, SIX HUNDRED SIXTY-NINE DOLLARS ($2,608,669.00) FOR THE 2002 CROP YEAR, THAT MR. WAGNER AWARDED TO MR OLSEN, AMERICAN ARBITRATION ASSOCIATION, COMMERCIAL ARBITRATION TRIBUNAL, 75 430 Y 00340 04 DEAR, IS VACATED.

IT IS ORDERED AND ADJUDGED THAT JUDGMENT BE ENTERED IN FAVOR OF THE DEFENDANT.

IT IS ORDERED AND ADJUDGED THAT THE FILE BE CLOSED.

| | |
|---|---|
| March 10, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Stevie Perry |
| | *(By) Deputy Clerk* |
| | Stevie Perry |